UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| WILLIAM HAMLIN, | |
| Plaintiff, | |
| v. | NOTICE OF SETTLEMENT |
| BUREAU OF COLLECTION RECOVERY, INC., | CASE NO: 3:11-cv-00116-TCB-LTW |
| Defendant. | |

## NOTICE OF SETTLEMENT

"NOW COMES the Plaintiff, WILLIAM HAMLIN, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 30 days."

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

                                        Respectfully Submitted,

DATED: September 12, 2011         KROHN & MOSS, LTD.

                                        By: /s/ Shireen Hormodzi\_
                                            Shireen Hormodzi, Esq.
                                            Attorney for Plaintiff
                                            Krohn & Moss, Ltd.
                                            10474 Santa Monica Blvd., Suite 401
                                            Los Angeles, CA 90025

## **CERTIFICATE OF SERVICE**

       I hereby certify that on September 12, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that on September 12, 2011, I served all counsel of record with a copy of this document by way of the CM/ECF system.

Michael K. Chapman
Bureau of Collection Recovery, LLC
2810 Peachtree Industrial Blvd.,
Suite D
Duluth, Georgia 30097

                                            By:   /s/ Shireen Hormodzi\_
                                                     Shireen Hormodzi, Esq